IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge S. Kato Crews

Case No. 1:23-cv-03311-SKC-KAS

ERIN MAXWELL,

　　　Plaintiff,

v.

ADVANCED STERILIZATION PRODUCTS SERVICES INC., and
FORTIVE CORPORATION,

　　　Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of U.S. District Judge S. Kato Crews entered on July 11, 2024 (Dkt. 41), it is

ORDERED that judgment is entered in favor of Defendants and against Plaintiff. It is

FURTHER ORDERED that this matter is dismissed without prejudice.

DATED at Denver, Colorado this 11th day of July, 2024.

　　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　　Jeffrey P. Colwell, Clerk

　　　　　　　　　　　　By:　　 s/C. Pearson, Deputy Clerk